```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

DONALD RAY VICKS                              CIVIL ACTION

VERSUS                                        NO: 13-4773

ROBERT TANNER, et al.                         SECTION: R(1)

### ORDER AND REASONS

Before the Court is plaintiff Donald Vicks' *pro se* prisoner complaint brought under 42 U.S.C. § 1983,[1] the Magistrate Judge's Report and Recommendation ("R&R")[2] and Vicks' objections to the R&R.[3] The Court, having considered the complaint, the record, the applicable law, the R&R and Vicks' objections to the R&R, adopts the R&R as its opinion. The Court therefore orders summary judgment entered in favor of the defendants.

New Orleans, Louisiana, this __4th__ day of August, 2014.

*Sarah Vance*

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 25.

[3] R. Doc. 26.